IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02771-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

ERIK TANDE,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 1, 2015.**

      For good cause shown, Defendant's Unopposed Motion for Extension of Time to Respond to Complaint [filed May 1, 2015; docket #30] is **granted**.  Defendant shall file an answer or other response to the operative pleading on or before May 20, 2015.

      Additionally, Defendant's Unopposed Motion for Leave to Appear Telephonically at the Scheduling Conference [filed May 1, 2015; docket #31] is **granted**.  Defendant may telephone Chambers at (303) 844-4507 for the Scheduling Conference already set for May 4, 2015, at 9:45 a.m.