IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02771-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

ERIK TANDE,

    Defendant.

---

**ORDER ON STIPULATION OF DISMISSAL**

---

THIS CAUSE came before the Court upon the Parties' Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed June 22, 2015.  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation of Dismissal With Prejudice (ECF No. 38) is **APPROVED**.  Plaintiff's and Defendant Erik Tande's claims against each other are **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

Dated:  June 22, 2015

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge